

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2014

No. 04-14-00597-CV

Thomas H. **VEITCH** and Anne Veitch,
Appellants

v.

**FLAGSHIP HOMES, LTD**. d/b/a Prestige Homes,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-04337
Martha Tanner, Judge Presiding

# O R D E R

Sitting:     Catherine Stone, Chief Justice
             Sandee Bryan Marion, Justice
             Luz Elena D. Chapa, Justice

The panel has considered the appellee's motion for rehearing, and the motion is denied.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court